**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| BRIAN L. WAGGONER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CV-04086-JWB |
| | ) | |
| FRITO-LAY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Brian L. Waggoner and Defendant Frito-Lay, Inc. hereby stipulate to the dismissal of the claims between them, with prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted this 15th day of September, 2023:

s/Alan V. Johnson
Alan V. Johnson, KS #9992
SLOAN, EISENBARTH, GLASSMAN
   McENTIRE & JARBOE, L.L.C.
ajohnson@sloanlawfirm.com
534 South Kansas Avenue, Suite 1000
Topeka, Kansas 66603-3456
785-357-6311
785-357-0152 facsimile
**Attorney for Plaintiff**

s/Charlie J. Harris, Jr.
Charlie J. Harris, Jr., KS #17472
SEYFERTH BLUMENTHAL &
   HARRIS, LLC
Charlie@sbhlaw.com
4801 Main St., Ste. 310
Kansas City, MO 64112
816-756-0700
816-756-3700 facsimile
**Attorney for Defendant**

1